John E. Haapala, Jr.
OSB 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph: 541-345-8474
Fax: 541-345-3237
jeh@haapalaw.com
Of attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CAROL A. ANDRE,** | Case No. 6:14-CV-02009-JE |
|     Plaintiff, | |
|   v. | |
| **CAROLYN COLVIN**, Commissioner, Social Security Administration, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
|     Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $6,958.80 shall be awarded to Plaintiff.

The parties agree that this award will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff* ,560 U.S. 586 (2010).  If Plaintiff has no such debt, then a check shall be made to Plaintiff and made, and mailed directly to Plaintiff's attorney at: 401 E. 10th Ave., Ste. 240, Eugene, OR

97401.  If Plaintiff has a debt, then a check for any remaining funds after offset of the

debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office.

There are no other costs or expenses to be paid herein.


Dated this 11th of January, 2017


/s/ John Jelderks
United States District Judge/Magistrate

Submitted by:
John E Haapala, OSB 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff