John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
Fax 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CAROL A. ANDRE,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 6:14-CV-02009-JE<br><br>ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of fee of $21,817.75 reduced by $6,958.80 in EAJA fees for a net of **$14,858.95** as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Defendant shall pay this amount to Plaintiff's attorney, John E. Haapala, Jr, less an administrative assessment pursuant to 42 u.S.C. § 406(d). There are no other costs.

IT IS SO ORDERED this __30th__ day of ___May, 2018___

                                                                        /s/ John Jelderks
                                                                      _ U.S. Magistrate Judge

PRESENTED BY:
John E. Haapala, Jr.
Attorney for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 USC § 406(b)